UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE JONES, | No. 2:24-cv-0787 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding without counsel, seeks relief pursuant to 42 U.S.C. § 1983. By order filed May 5, 2025, plaintiff's complaint was screened, and he was given the option of amending the complaint or proceeding immediately on cognizable claims only. ECF No. 7. Plaintiff has now notified the court that he would like to amend the complaint. ECF No. 10.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the May 5, 2025, screening order. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint, as screened, and it will be recommended that the following claims be dismissed without prejudice: § 1983 claims against CDCR and CHCF; § 1983 claims against all defendants based on state law and/or state

1

1  regulation; claims against "all employees" of CHCF; First Amendment retaliation claims,
2  Fourteenth Amendment Equal Protection Clause and Due Process Clause claims, and conspiracy
3  claims against all defendants; ADA retaliation or Eighth Amendment claims against Cabalero,
4  Buzo, or Moreno; and HIPAA violation claim against Moreno.
5      2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint
6  form used in this district.
7  DATED: June 2, 2025

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2